**Order entered March 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00215-CR

### BRIAN MARTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31995CC**

## ORDER

The State's March 24, 2015 motion to extend time to file a brief is **GRANTED**, and the

brief received today is **ORDERED** filed.


/s/     MOLLY FRANCIS
          PRESIDING JUSTICE